IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REYNALDO J. ROYBAL,

    Plaintiff,

v.                                                    Civ. No. 16-1233 MV/GBW

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On November 10, 2016, Plaintiff filed a Complaint against Defendant seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On May 17, 2017, Plaintiff filed a Motion to Remand or Reverse Agency Decision. *Doc. 18.* On August 10, 2017, that motion was fully briefed. *Doc. 26.* On September 21, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding this case to the Social Security Administration for further proceedings. *Doc. 28.* Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 28*), is ADOPTED.  Plaintiff's motion is

GRANTED and this case REMANDED to the Social Security Administration for further proceedings.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE